No. 73–6987. TUBBS *v.* HENDERSON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 74–465. ROBINSON, STATE FARM SUPERINTENDENT *v.* WILLIAMS. C. A. 4th Cir. Certiorari denied.

No. 74–514. JOHNSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–518. LEVY *v.* PARKER, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 74–542. PRINCE WILLIAM HOSPITAL CORP. *v.* BRENNAN, SECRETARY OF LABOR. C. A. 4th Cir. Certiorari denied.

No. 74–549. ALLIED PILOTS ASSN. *v.* CIVIL AERONAUTICS BOARD ET AL.;
No. 74–709. AIR LINE DISPATCHERS' ASSN. ET AL. *v.* CIVIL AERONAUTICS BOARD ET AL.; and
No. 74–710. AIR LINE PILOTS ASSN., INTERNATIONAL *v.* CIVIL AERONAUTICS BOARD ET AL. C. A. D. C. Cir. Certiorari denied. Reported below: 163 U. S. App. D. C. 451, 502 F. 2d 453.

No. 74–596. THRALL *v.* WOLFE, REGIONAL COMMISSIONER, INTERNAL REVENUE SERVICE, ET AL. C. A. 7th Cir. Certiorari denied.

No. 74–601. CHICAGO, ROCK ISLAND & PACIFIC RAILROAD CO. *v.* INTERSTATE COMMERCE COMMISSION. C. A. 8th Cir. Certiorari denied.

No. 74–603. KINSER *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.